```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20836
   RONALD W TOWNSEND
   LISA M TOWSEND                            CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7431    SSN XXX-XX-4406

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/07/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

GRP LOAN LLC              NOTICE ONLY    NOT FILED            .00           .00
GRP FINANCIAL SERVICES C  CURRENT MORTG        .00            .00           .00
GRP FINANCIAL SERVICES C  MORTGAGE ARRE   45000.00            .00           .00
CHASE AUTO FINANCE        SECURED VEHIC        .00            .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY       NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         724.05            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED      NOT FILED            .00           .00
CITI CARD                 NOTICE ONLY    NOT FILED            .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED            .00           .00
HSBC AUTO FINANCE         NOTICE ONLY    NOT FILED            .00           .00
HSBC                      NOTICE ONLY    NOT FILED            .00           .00
IMAGINE                   UNSECURED      NOT FILED            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        2006.16            .00           .00
SST CARD SERVICE          UNSECURED      NOT FILED            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED       16120.62            .00           .00
TINA COVELLI              NOTICE ONLY    NOT FILED            .00           .00
IL STATE DISBURSEMENT UN  NOTICE ONLY    NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2053.10            .00           .00
DUPAGE COUNTY PUBLIC ADM  SECURED NOT I   40000.00            .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       6.33            .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,500.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 20836 RONALD W TOWNSEND & LISA M TOWSEND
```

```
DEBTOR REFUND                                                              .00
                                         ---------------      ---------------
TOTALS                                              .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 04/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE